JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania Corporation, KINSALE INSURANCE COMPANY, an Arkansas Corporation, and EVANSTON INSURANCE COMPANY, an Illinois Corporation,,<br><br>Defendants. | CASE NO.: 2:18-cv-03909 DSF<br>JUDGE: Hon. Dale S. Fischer<br><br>**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>FILE DATE: May 10, 2018<br>TRIAL DATE SET: No Date Set |

The Court, having reviewed the submitted Joint Stipulation for Voluntary Dismissal (ECF Doc. No. 53), HEREBY ORDERS as follows:

1. Plaintiff The Original Mowbray's Tree Service, Inc. ("Mowbray's") shall dismiss its entire Complaint without prejudice as to Evanston Insurance Company, an Illinois Corporation.

2. Mowbray's Complaint against all other defendants has been dismissed.

3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 4, 2019

*Dale S. Fischer*
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE